UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JANE CARTER,

    Plaintiff,

v.

FIDELITY LIFE ASSOCIATION,

    Defendant.

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:17-CV-412-D**

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Fidelity's motion for judgment on the pleadings [D.E. 13].

**This Judgment Filed and Entered on April 30, 2018, and Copies To:**

| | |
|---|---|
| Glenn A. Barfield | (via CM/ECF electronic notification) |
| John M. Sperati | (via CM/ECF electronic notification) |
| Samuel David Fleder | (via CM/ECF electronic notification) |

DATE:                                      PETER A. MOORE, JR., CLERK

April 30, 2018                  (By) /s/ Nicole Briggeman

                                                Deputy Clerk